U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

OCT 0 6 2017

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR00280   IN OPEN COURT |
| | ) | JAMES W. McCORMACK, CLERK |
| v. | ) | BY:_____ Jmw |
| | ) | 18 U.S.C. §1343   DEPUTY CLERK |
| ELBERT HARRIS | ) | |

## INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### A.  INTRODUCTION

At all times material herein:

1. The Food and Nutrition Service is an agency of the United States Department of Agriculture ("USDA") which administers the Child Nutrition Programs.  The Child Nutrition Programs include the Child and Adult Care Feeding Program ("CACFP") and the Summer Food Service Program ("SFSP").

2. The CACFP has an At-Risk Afterschool component which offers federal funding to afterschool programs that serve a meal and/or snack to children in low-income areas.

3. The SFSP ensures that children in low-income areas continue to receive nutritious meals during the summer when school is not in session.  The At-Risk Afterschool component of the CACFP and the SFSP are hereinafter referred to as the "Feeding Programs."

4. In Arkansas, the Feeding Programs are administered by the Arkansas Department of Human Services ("DHS").

average daily attendance of each feeding site is calculated by dividing the number of Eligible

Meals served by the number of days in operation ("Average Daily Attendance").

11.     Sponsors must provide a budget with the submission of an application to

participate in each Feeding Program.  The budget is made up of Revenues (Claim Amounts),

Operating Expenses (food, food service labor, supplies, rent, maintenance, utilities) and

Administrative Expenses (administrative labor, office rent, office supplies, audit fees,

communication, insurance and legal fees).  DHS generally prohibits Sponsors from making

capital expenditures; i.e. vehicles, buildings, and equipment.  The Sponsors' budgets are

evaluated and approved by DHS employees.

12.     ELBERT HARRIS (hereinafter HARRIS) was a Sponsor for the Feeding

Programs through "Greater Faith Ministries" (Agreement Numbers P133 and TA623) which had

the following approved sites in the following cities in Arkansas between 2012 and 2015:  Pine

Bluff, Altheimer, and Wabbaseka.

13.     Both programs as referenced in paragraph 12 above received over $1,300,000.00

in federal funds from DHS.

## B.  THE CHARGE

Between in or about June 2012 through in or about August 2015, in the Eastern District

of Arkansas, the defendant,

### ELBERT HARRIS,

voluntarily and intentionally and with the intent to defraud, devised and participated in a scheme

to defraud and to obtain money by means of materially false and fraudulent pretenses and

representations and by such conduct obtained over $1,300,000.00 to which he was not entitled.

3

## C.  THE SCHEME

HARRIS was a Sponsor for the Feeding Programs through "Greater Faith Ministries," which had the following approved sites in the following cities in Arkansas between 2012 and 2015:  Pine Bluff, Altheimer, Wabbaseka, and Stuttgart.  HARRIS operated fourteen feeding Sites.  One of HARRIS' Sites was called "Battle Chapel Church" with a listed address at 1076 Battle Chapel Loop, Altheimer, Arkansas.  Based on the fraudulent claims submitted for this Site, the average daily attendance of children was up to 150.  HARRIS' had another Site called "Trebel's" with a listed address at 1219 Main Street, Pine Bluff, Arkansas.  Based on the fraudulent claims submitted for this Site, the average daily attendance of children was up to 165. An additional Site called "City of Wabbaseka" with a listed address at 114 S. First Street, Wabbaseka, Arkansas.  Based on the fraudulent claims submitted for this Site, the average daily attendance of children was up to 175.  HARRIS made similar claims for his fourteen Sites.  A total of approximately 44 claims were submitted through the internet.  All of the claims were paid by electronic transfers, which travelled in interstate commerce from the State of Arkansas to HARRIS' bank account.  HARRIS received a total of approximately $1,390,961.05 from the Feeding Program.

## D.  THE WIRES

On or about the dates as set forth below, in the Eastern District of Arkansas, the defendant,

## ELBERT HARRIS,

voluntarily and intentionally devised and participated in the above described scheme to defraud and to obtain money by means of materially false and fraudulent pretenses and representations, and for the purpose of executing and in furtherance of the scheme, caused wire communications

to be transmitted in interstate commerce, that is, transfers from the State of Arkansas which

travelled interstate to HARRIS' bank accounts on or about the dates and in the amounts as

follows:

| Count | Date | Amount Deposited from Claim(s) for Feeding Programs |
|-------|------|------------------------------------------------------|
| 1 | 7/18/2012 | $1,580.75 |
| 2 | 7/10/2013 | $37,935.00 |
| 3 | 5/7/2014 | $88,760.00 |
| 4 | 7/23/2014 | $57,954.23 |
| 5 | 8/5/2015 | $3,499.45 |

All in violation of Title 18, United States Code, Section 1343.

PATRICK C. HARRIS
Acting United States Attorney

By: Allison W. Bragg
Assistant United States Attorney
Arkansas Bar No. 2010262
Post Office Box 1229
Little Rock, Arkansas  72203
(501) 340-2600
Allison.Bragg@usdoj.gov